IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br><br>      Plaintiff,<br><br>   vs.<br><br>A. DELK, et al.,<br><br>      Defendants.<br>_____/ | 1:07-cv-00973-AWI-SMS-PC<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS<br>(Doc. 15)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CDCR, DENYING PLAINTIFF'S MOTION FOR SANCTIONS, AND DENYING PLAINTIFF'S MOTION TO REMAND<br>(Doc. 11)<br><br>ORDER DISMISSING DEFENDANT CDCR FROM ACTION |

      Rodney Karl Blackwell ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On May 19, 2008, findings and recommendations were entered, recommending that (1) plaintiff's motion to dismiss defendant CDCR be granted; (2) plaintiff's motion for sanctions be denied; (3) plaintiff's motion to remand be denied; and (4) this action proceed against defendant A. Delk. The parties were provided an opportunity to file objections to the findings and recommendations within thirty days. To date, no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 19, 2008, are ADOPTED in full;
2. Plaintiff's motion to dismiss defendant CDCR is GRANTED;
3. Plaintiff's motion for sanctions is DENIED;
4. Plaintiff's motion to remand is DENIED;
5. Defendant CDCR is DISMISSED from this action;
6. This action proceeds with plaintiff's claims against defendant A. Delk; and
7. This action is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                               /s/ Anthony W. Ishii
                                                                CHIEF UNITED STATES DISTRICT JUDGE