```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  RODNEY KARL BLACKWELL,              1:07-cv-00973-AWI-SMS-PC
                                        (formerly Fresno Superior Court case 07CECL02927)
11
                  Plaintiff,            ORDER ADOPTING FINDINGS
12                                      AND RECOMMENDATIONS
            vs.                         (Doc. 21.)
13
    A. DELK,                            ORDER DISMISSING PLAINTIFF'S
14                                      ONLY FEDERAL CLAIM, A FEDERAL
                                        DUE PROCESS CLAIM, FOR PLAINTIFF'S
15                                      FAILURE TO STATE A CLAIM

16                                      ORDER REMANDING ACTION TO
                  Defendant.            FRESNO COUNTY SUPERIOR COURT
17
                                        ORDER FOR CLERK TO CLOSE CASE
18                                      AND SERVE NOTICE OF REMAND
    _____/
19
```

Rodney Karl Blackwell ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed by plaintiff in the Fresno County Superior Court on March 20, 2007, against defendants Correctional Officer A. Delk and the California Department of Corrections and Rehabilitation ("CDCR"). On July 5, 2007, the case was removed to federal court by defendant CDCR. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 24, 2008, plaintiff filed a motion to dismiss defendant CDCR from this action, and on July 8, 2008, the motion was granted and defendant CDCR was dismissed. (Docs. 11, 17.)

1

On January 29, 2009, the Magistrate Judge issued Findings and Recommendations, recommending that plaintiff's only remaining federal claim, a federal due process claim, be dismissed, for plaintiff's failure to state a claim, and the case be remanded to the Fresno County Superior Court. (Doc. 21.) The parties were provided an opportunity to file objections to the findings and recommendations within thirty days. To date, no party has filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 29, 2009, are adopted in full;
2. Plaintiff's only federal claim, a federal due process claim, is dismissed for plaintiff's failure to state a claim upon which relief may be granted under federal law;
3. This action is remanded to the Fresno County Superior Court; and
4. The Clerk of Court is directed to close this case and serve notice of the remand.

IT IS SO ORDERED.

**Dated:   March 24, 2009**          /s/ Anthony W. Ishii
                              CHIEF UNITED STATES DISTRICT JUDGE