# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL, | CASE NO. 1:07-cv-00973-AWI-SMS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR REASSIGNMENT |
| v. | (Doc. 23) |
| DELK, et al., | |
| Defendants. | |

Plaintiff, Rodney Karl Blackwell, is a state prisoner who proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 29, 2009, the Findings and Recommendation issued recommending dismissal of Plaintiff's federal claim allegations and remanding Plaintiff's action to Fresno County Superior Court. (Doc. 21.) The Findings and Recommendations was adopted in full and this case was closed on March 25, 2009. (Doc. 22.) Over a year later, on June 1, 2010, Plaintiff filed a motion requesting this case be reassigned to the Magistrate Judge. (Doc. 23.)

Federal courts are courts of limited jurisdiction and the Court is bound by the requirement that as a preliminary matter, it have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471 (1982). If the Court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id. The case or controversy requirement cannot be met in light of the fact that this case has been dismissed and closed. Because this case has been dismissed with prejudice and closed, the case-or-controversy requirement is not

1  met such that this action provides no basis upon which to grant Plaintiff's motion.

2  Accordingly, Plaintiff's motion for reassignment, filed June 1, 2010, is HEREBY DENIED.

4  IT IS SO ORDERED.

5  **Dated:   June 7, 2010**                              /s/ **Anthony W. Ishii**
   CHIEF UNITED STATES DISTRICT JUDGE